# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KEVIN TRUONG, | : |
| Plaintiff, | : |
| | : Case No. 1:25-cv-00719 |
| v. | : |
| BLOCK, INC. | : JURY DEMAND |
| Defendant. | : |

## COMPLAINT

### Preliminary Statement

1. Plaintiff Kevin Truong ("Plaintiff") brings this action for relief under the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227, after receiving numerous pre-recorded robocalls from Defendant on his cellular telephone, without his prior express consent.

2. Plaintiff seeks monetary and injunctive relief as described below.

### Parties

3. Plaintiff Kevin Truong is an individual person and a resident of Georgetown, TX.

4. Defendant is a Delaware corporation with a principal place of business in Oakland, California.

### Jurisdiction & Venue

5. The Court has federal question subject matter jurisdiction over these TCPA claims. *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012).

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to Plaintiff's claims (e.g., Plaintiff's receipt of robocalls) occurred in this

district.

## Factual Allegations

7. At all times relevant hereto, Plaintiff was the subscriber and regular user of the telephone number (712) 345-XXX ("Plaintiff's phone number").

8. At all times relevant hereto, Plaintiff's phone number was assigned to cellular telephone service.

9. In 2023 and 2024, Defendant placed hundreds of prerecorded telephone calls to Plaintiff's phone number.

10. Defendant's phone calls were placed by a computer system with no person on the line, and utilized a prerecorded voice rather than a human voice during the call.

11. Many of Defendant's calls conveyed the following prerecorded message: "It looks like you made an incorrect selection. Was your issue resolved today? Press one for yes press two for no."

12. Defendant's calls invaded Plaintiff's privacy, intruded upon his seclusion, wasted his time, and were a nuisance.

## Legal Claims

### Count One – Prerecorded Calls

13. Plaintiff incorporates the allegations from all previous paragraphs as if fully set forth herein.

14. Defendant violated 47 U.S.C. § 227(b)(1) by placing prerecorded phone calls to Plaintiff's cellular telephone number.

15. Defendant's violations were negligent and/or willful.

**Relief Sought**

Plaintiff requests the following relief:

A.   A declaration that Defendant's actions complained of herein violate the TCPA;

B.   An order enjoining Defendant from sending Plaintiff any more text messages; and

C.   An award to Plaintiff of statutory damages, as allowed by law

**Plaintiff requests a jury trial as to all claims of the complaint so triable.**

                PLAINTIFF,
                By his attorneys

                */s/ Timothy J. Sostrin*
                Timothy J. Sostrin
                Keith J. Keogh
                KEOGH LAW, LTD.
                55 W. Monroe St. Suite 3390
                Chicago, IL 60603
                tsostrin@KeoghLaw.com