## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Travis District of Texas

Case Number: 1:25-cv-00719-ADA-SH

Plaintiff:
**Kevin Truong**

vs.

Defendant:
**Block, Inc.**

For:
Timothy Sostrin
Keogh Law, Ltd.
55 W. Monroe Street
Suite 3390
Chicago, IL 60603

Received by A-1 HouTex Civil Process on the 13th day of May, 2025 at 4:19 pm to be served on **Block, Inc c/o CT Corporation System Registered Agent, 1999 Bryan St., Suite 900, Dallas, TX 75201.**

I, Carlos Barrera, being duly sworn, depose and say that I:

delivered to its **REGISTERED AGENT** a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: as the **authorized agent** at the address of: **1999 Bryan St., Suite 900, Dallas, TX 75201** authorized to accept service on behalf of **Block, Inc c/o CT Corporation System**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Texas Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16 day of May, 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

BLANCHE CUNNINGHAM
Notary Public, State of Texas
Comm. Expires 09-30-2026
Notary ID 128439279

**Carlos Barrera**
PSC 5305  Exp 6/30/26

**A-1 HouTex Civil Process**
6214 Sampras Ace Ct.
**Corporate office**
**Spring, TX 77379**
(281) 808-2616

Our Job Serial Number: AHC-2025000812
Ref: 2025000812

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V

