# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| KEVIN TRUONG, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:25-CV-00719 |
| BLOCK, INC, | ) |
| | ) |
|     DEFENDANT. | ) |
| | ) |
| | ) |

## DEFENDANT'S UNOPPOSED MOTION FOR 44-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT THROUGH FRIDAY, JULY 18, 2025

Defendant identified as Block, Inc. ("BLOCK") respectfully moves this Court pursuant to Fed. R. Civ. P. 6(b) for an unopposed 44-day extension of time to respond to Plaintiff Kevin Truong's ("TRUONG") Complaint through Friday, July 18, 2025, stating as follows:

1.    TRUONG initiated this action by filing his Complaint on May 12, 2025. (Doc. 1.)

2.    BLOCK was served with the Summons and Complaint on May 14, 2025. (Doc. 6.) As such, BLOCK's Response to the Complaint is due to be filed June 4, 2025. *See* Fed.R.Civ.P. 12.

3.    Undersigned counsel was recently retained in this case. Counsel needs additional time to investigate the allegations in the Complaint and prepare an appropriate Response. As such, BLOCK respectfully seeks a 44-day extension of time to complete its investigation and respond to the Complaint through July 18, 2025.

4.    BLOCK's counsel has conferred with TROUNG's counsel and TRUONG has no opposition to the Court granting this motion.

61149545 v1

2

5. This request is made in good faith and not for the purpose of delay. No Party will be prejudiced by the relief requested in this Motion, and TROUNG does not oppose the relief requested herein.

6. Rule 6 of the Federal Rules of Civil Procedure provides that when an act may or must be done within a specified time, the court may, for good cause, extend the time if a request is made, before the original time or its extension expires. *See* Fed.R.Civ.P. 6(b).

7. BLOCK respectfully submits that there is good cause to grant the extension requested.

WHEREFORE, BLOCK respectfully requests that this Court provide BLOCK with a 44-day extension of time to respond to the Complaint through July 18, 2025. A proposed order granting this relief is attached hereto as **Exhibit A**.

Dated: May 29, 2025

                                           Respectfully Submitted,

                                           /s/ *Joshua H. Threadcraft*
                                           Joshua H. Threadcraft
                                           BURR & FORMAN LLP
                                           420 North 20th Street
                                           Suite 3400
                                           Birmingham, AL  35203
                                           Telephone: (205) 251-3000
                                           Facsimile: (205) 458-5100
                                           jthreadcraft@burr.com
                                           Attorney for Defendant identified as
                                           BLOCK, INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served on all parties of record by electronic means via the Court's CM/ECF system on this the 29th day of May, 2025.

                                                 */s/ Joshua H. Threadcraft*
                                                 Joshua H. Threadcraft

61149545 v1