UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Kevin Truong,<br>  *Plaintiff*,<br><br>v.<br><br>Block, Inc.,<br>  *Defendant*. | Case No. 1:25-CV-00719-ADA |

# ORDER

On this date, the parties submitted a Joint Stipulation of Dismissal With Prejudice. Dkt. 12. Stipulated dismissals of this nature require no judicial action or approval and are effective automatically upon filing. *See Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, this case is now **CLOSED**.

**SIGNED** on September 5, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE